PAUL M. WARNER, United States Attorney (#3389)
PAUL F. GRAF, Special Assistant United States Attorney (#1229)
Attorneys for the United States of America
192 East 200 North, Suite 200
St. George, Utah 84770
Telephone: (435) 634-2480

FILED IN UNITED STATES DISTRICT
COURT DISTRICT OF UTAH

JUN 1 8 2002

MARKUS B. ZIMMER, Clerk

By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

MAY - 3 2002 DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | 2:02 CR 375 |
| vs. | : | 21 U.S.C. 844; SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE |
| LEONARD M. VALENTINO, | : | |
| Defendant. | : | Magistrate David Nuffer |

The United States Attorney charges:

On or about May 28, 2002, in the Central Division of the District of Utah, within Zion National Park, LEONARD M. VALENTINO, the defendant herein, did knowingly possess a controlled substance (to wit: Marijuana) as described in the Statement of Probable Cause attached and incorporated as though set forth fully herein; all in violation of 21 U.S.C. 844.

DATED this ____ day of May, 2002.

PAUL M. WARNER
United States Attorney

Paul F. Graf
Special Assistant U.S. Attorney

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **5/28/02** while exercising my duties as a law enforcement officer in the **Federal** District of **Utah**

---

I responded to a call from dispatch to assist officer Cavendish with a large group in which drugs had been found. I contacted the remaining people in the group and asked that if anyone else had any drugs that they bring them forward. A camp member, identified as Leonard M. VALENTINO "Matt" 04-10-75 approached me, and admitted "ya, I have some weed, I will go get it". He led me to a tan van with CA registration 1JIC893 and pulled out a black case that contained a green leafy substance that had a strong odor of marijuana. A later search of the campsite by officer McGinn revealed a brown pill bottle that VALENTINO admitted to throwing away from the campsite. He also admitted to this container having had marijuana in it.

---

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ information supplied to me by my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **5/28/02**        Officer's Signature: *Scott Taylor*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____        _____
Date        U.S. Magistrate Judge

---

| United States District Court | |
| --- | --- |
| **Violation Notice** | |

Loc. Code **UP-24**

Violation No. **P 455724**

Print Officer Name **S. Tayler**

**02 000 892**        **ZNP-0202**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
| --- | --- |
| 5/28/02 | 21 USC 844 |

Place of Offense: **South Campground**

Offense Description: **Possession of a controlled substance (marijuana)**

| Defendant's Last Name | First Name | M.I. |
| --- | --- | --- |
| Valentino | Leonard | M |

Street Address: **3930 Woodside Rd**

| City | State | Zip Code | Date of Birth |
| --- | --- | --- | --- |
| Woodside | CA | 94062 | 4/10/75 |

| Driver's License No. | D.L. State | Social Security Number |
| --- | --- | --- |
| A9304897 | CA | 573 03 3517 |
| | | 650 520 7022 |

### VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
| --- | --- | --- | --- | --- |
| 1JIC893 | CA | 84 | VW | Tan |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
- ☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
- ☐ I plead not guilty and promise to appear as required.

### YOUR COURT DATE

Court Address:        **6/13/02**
        **9:00 A.M.**

Collateral (Fine): **$0**

Her payment by credit card, SEE INSTRUCTIONS.

Physical Description        Officer's Copy

| Sex | Race | Height | Weight | Hair | Eyes | (Circle One) |
| --- | --- | --- | --- | --- | --- | --- |
| M | W | 508 | 150 | Bro | Blu | Adult / Juvenile |

Weather Conditions: Clear / Cloudy / Rain / Snow / Ice / Fog

Traffic Conditions: Light / Medium / Heavy

NPS Form, 10-29, Rev. 3/97